**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DORINA ACEVEDO ORDONEZ,

Petitioner,

v.

ERNESTO SANTACRUZ JR., et al.,

Respondents.

Case No. 5:26-CV-03669-RGK-CTS

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed July 24, 2026 (ECF No. 9) and the Notice of Compliance filed July 27, 2026 (ECF No. 10), IT IS ADJUDGED that Count One of the Petition is granted, Counts Two and Three are denied, and the action is dismissed without prejudice.

DATED: July 29, 2026

Gary Klausner

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE